IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR FREE SPEECH, LLC, ET AL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ALAMEDA, <br><br> Defendant. _____/ | No. C 14-02513 CRB <br><br> **ORDER SETTING BRIEFING SCHEDULE AND HEARING** |

The Court is in receipt of an Ex Parte Application for Temporary Restraining Order filed by Plaintiffs Citizens for Free Speech, LLC and Michael Shaw. <u>See</u> Mot. for TRO (dkt. 11). The docket reflects that Plaintiffs have now served Defendant County of Alameda. <u>See</u> Cert. of Service (dkt. 13). The Court hereby ORDERS Defendant to file a response to the Application by <u>5:00 pm on Monday, June 16, 2014</u>. The Court also SETS a hearing in this case before Judge Richard G. Seeborg for <u>11:00 am on Tuesday, June 17, 2014</u>.

**IT IS SO ORDERED.**

Dated: June 13, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE