1   GREGORY J. ROCKWELL, ESQ. (SBN 67305)
    grockwell@bjg.com
2   BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation/File #027461
3   555 12th Street, Suite 1800
    Oakland, CA  94607
4   Telephone: (510) 834-4350
    Facsimile: (510) 839-1897
5
    Attorneys for Defendant
6   COUNTY OF ALAMEDA

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10   CITIZENS FOR FREE SPEECH, LLC;      )   Case No.:  3:14-CV-02513 CRB
     MICHAEL SHAW,                       )
11                                       )   **STIPULATION TO CONTINUE**
                      Plaintiffs,        )   **INITIAL CASE MANAGEMENT**
12   vs.                                 )   **CONFERENCE AND ORDER**
                                         )
13   COUNTY OF ALAMEDA,                  )   Complaint Filed:  June 1, 2014
                                         )
14                    Defendant.         )
     _____)
15

16          The undersigned, attorneys for the parties herein, hereby stipulate and jointly request that

17   the Court continue the initial case management conference in this matter, currently set for

18   September 19, 2014 to October 31, 2014 or such later date that is convenient to the Court's

19   calendar.  Good cause for the continuance exists as stated below.

20          The Court's order setting the date for the initial case management conference was issued on

21   June 12, 2014, more than a week before attorney Gregory J. Rockwell was retained to represent

22   defendant COUNTY OF ALAMEDA in this matter.

23          Mr. Rockwell first became aware of the date of the conference on August 6, 2014 when he

24   received an e-mail from plaintiff's counsel with a copy of the Court's order, shortly after serving a

25   Notice of Unavailability.

26          Mr. Rockwell is scheduled to get married in Hawaii on September 22, 2014, and he has

27   long standing plans to be in Hawaii and out of the office from September 15 through 28.

28          Counsel for plaintiffs, whose office is located in Sherman Oaks, California, has a

-1-

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
*Citizens for Free Speech, LLC, et al. vs. County of Alameda*; USDC-Nor. Dist. Case No. 3:14-cv-02513 CRB

1  deposition set to commence at 10:00 a.m. on October 10, 2014, and therefore cannot personally

2  attend a case management conference on that date.  He will also be out of the country the week of

3  October 13, 2014 and unable to attend a conference scheduled on October 17, 2014.

4       According to information posted on the website for the United States District Court for the

5  Northern District of California, District Judge Charles R. Breyer will be unavailable on October 3,

6  2014, the first Friday after Mr. Rockwell's return, and on October 24, the next date that both

7  attorneys are available.   Therefore, the parties respectfully request that the Court continue the

8  initial case management conference in this matter to October 31, 2014, or such later date that is

9  convenient to the Court's calendar.

10  DATED:  August 21, 2014

             BOORNAZIAN, JENSEN & GARTHE

11

12             By: /s/ *Gregory J. Rockwell*

13                GREGORY J. ROCKWELL, ESQ.
                Attorneys for Defendant

14  DATED:  August 21, 2014

15               JOSHUA R. FURMAN LAW

16

17             By: /s/ *Joshua R. Furman*
              JOSHUA R. FURMAN, ESQ.

18                 Attorneys for Plaintiffs

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
*Citizens for Free Speech, LLC, et al. vs. County of Alameda*; USDC-Nor. Dist. Case No. 3:14-cv-02513 CRB

1

**ORDER**

2      GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby

3  GRANTS the request to continue the initial case management conference in this matter to October

4  31, 2014 at 8:30 a.m. in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco,

5  California.

6      Lead trial counsel shall meet and confer not less than thirty (30) days in advance of the

7  conference and shall file a joint case management statement in the form contained in the Civil

8  Local rules as supplemented by this order not less than seven (7) days in advance of the

9  conference.

10  **IT IS SO ORDERED**

11  Dated:  August 21, 2014



12      _____

UNI    CHARLES

Judge Charles R. Breyer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
*Citizens for Free Speech, LLC, et al. vs. County of Alameda*; USDC-Nor. Dist. Case No. 3:14-cv-02513 CRB

**PROOF OF SERVICE VIA ECF**
**(FRCP 5(d)(3), NO. DIST. CA LR 5)**

I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, Oakland, California 94607.

On the date indicated below, at the above-referenced business location, I served **STIPULATION TO CONTINUE INTIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER** on the below-named party and caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| Joshua R. Furman, Esq.<br>JOSHUA R. FURMAN LAW CORPORATION<br>15260 Ventura Boulevard, Suite 2250<br>Sherman Oaks, CA  91403<br><br>Tel: (818) 646-4300<br>Fax: (818) 646-4301<br>jrf@furmanlawyers.com | **Attorneys for Plaintiffs CITIZENS FOR FREE SPEECH, LLC; MICHAEL SHAW** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Oakland, California, on August 21, 2014.

_____
CARMEN KALT

27461\668408

-4-

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
*Citizens for Free Speech, LLC, et al. vs. County of Alameda*; USDC-Nor. Dist. Case No. 3:14-cv-02513 CRB