IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR FREE SPEECH, LLC, ET AL.,<br><br>        Plaintiffs,<br>   v.<br><br>COUNTY OF ALAMEDA,<br><br>        Defendant.           / | No. C14-02513 CRB<br><br>**ORDER DIRECTING PARTIES TO RESUBMIT MOTION UNDER SUMMARY JUDGMENT STANDARD** |

On January 13, 2016, the Court received Defendant's motion fashioned "Defendant County of Alameda's Notice of Motion for Judgment on the Pleadings and Dissolution of Preliminary Injunction" (Motion) (dkt 72). Oppositions and replies were timely filed. Based on the briefing filed by both parties and the arguments contained therein, the Court believes that summary judgment pursuant to Federal Rule of Civil Procedure 56 is a more appropriate vehicle for consideration of the remaining issues in this case. The parties are directed to resubmit their briefing on the merits under that standard and in accordance with the Court's Local Rules.

//

Defendants' Motion is therefore DENIED WITHOUT PREJUDICE as to Defendant seeking to dissolve the injunction in this matter.  The motion hearing currently set for February 26, 2016 at 10:00 A.M. is hereby vacated.

**IT IS SO ORDERED.**

Dated: February 22, 2016

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE