IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR FREE SPEECH, LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF ALAMEDA, <br><br> Defendant. _____/ | No. C14-02513 CRB <br><br> **ORDER DIRECTING FILING AND SETTING STATUS CONFERENCE** |

Following the Court's Order of July 8, 2016, granting in part and denying in part the parties' motions for summary judgment (dkt. 105), Plaintiffs have submitted a proposed judgment and permanent injunction which would grant Plaintiffs sweeping relief, see Proposed Order (dkt. 107). The Court will not sign Plaintiff's Proposed Order at this time. Rather, the Court directs the parties to file simultaneous briefs of no longer than ten pages on August 19, 2016, about how the case should proceed in light of the Court's summary judgment ruling. The Court will hold a status conference on this subject on September 2, 2016 at 8:30 A.M.

**IT IS SO ORDERED.**

Dated: July 25, 2015



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE