MATTHEW D. ZINN (State Bar No. 214587)
WINTER KING (State Bar No. 237958)
SARA A. CLARK (State Bar No. 273600
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile:  (415) 552-5816
Zinn@smwlaw.com
King@smwlaw.com
Clark@smwlaw.com

Attorneys for Defendant County of Alameda

Joshua R. Furman (State Bar No. 225461)
JOSHUA R. FURMAN LAW CORPORATION
14724 Ventura Boulevard, Suite 509
Sherman Oaks, California 91403
Telephone: (818) 646-4300
Facsimile:  (818) 646-4301
jrf@furmanlawyers.com

Attorney for Plaintiffs Citizens for Free Speech, LLC and Michael Shaw

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR FREE SPEECH, LLC; MICHAEL SHAW,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF ALAMEDA,<br><br>　　　　　Defendant. | Case No. 3:14-cv-02513-CRB<br><br>**Stipulation re Briefing Schedule for Motion for Reconsideration and to Dissolve Preliminary Injunction; Declaration of Matthew Zinn in Support; Order** |

On October 14, 2016, the Court held a status conference to discuss disposition of this case. Defendant County of Alameda sought leave to file a motion for reconsideration of the Court's July 8 summary judgment order pursuant to Local Rule 7-9, which the Court granted, based on the County's recent action to amend the Zoning Ordinance at issue in this case. The Court also encouraged the County to file a motion to dissolve the preliminary injunction. By minute order, the Court set a hearing for November 18, 2016.

The County intends to file a joint motion to dissolve the preliminary injunction and for reconsideration of the July 8 summary judgment order. Under Local Rule 6-2, the Parties hereby stipulate to establish a briefing schedule for the motion that varies from the time permitted under Local Rules 7-2 and 7-3. The grounds for the stipulation follow, and are likewise set forth in the accompanying Declaration of Matthew D. Zinn.

The timing of the status conference and the motion hearing render it impossible for the parties to comply with Local Rule 7-2 (requiring opening motion and supporting papers to be submitted at least 35 days prior to hearing). Consequently, counsel for the parties have met and conferred regarding a briefing schedule for the motion. The parties stipulate to, and request that the Court order, the following schedule:

**Moving Papers:** October 26, 2016

**Opposition Brief:** November 8, 2016

**Reply Brief:** November 14, 2016

**Hearing:** November 29, 2016, 2:00 p.m.

The parties are mindful that the proposed schedule would reduce the Court's time for consideration of the motion prior to the hearing. However, given the early date set for the hearing, the parties have been unable to identify a schedule that allows each side adequate time to brief the motion.

Concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: October 19, 2016           SHUTE, MIHALY & WEINBERGER LLP

By:    /s/
     MATTHEW D. ZINN

Attorneys for Defendant County of Alameda

DATED: October 19, 2016           JOSHUA R. FURMAN LAW CORPORATION

By:    /s/ *(Authorized on 10/19/16)*
     JOSHUA R. FURMAN

Attorneys for Plaintiffs Citizens for Free Speech, LLC and Michael Shaw

## Declaration of Matthew D. Zinn

I, Matthew D. Zinn, declare as follows:

1. I am an attorney licensed to practice in the State of California and a partner at Shute, Mihaly & Weinberger LLP, attorneys for Defendant County of Alameda. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On October 14, 2016, the Court held a status conference to discuss disposition of this case. Defendant County of Alameda sought leave to file a motion for reconsideration of the Court's July 8 summary judgment order pursuant to Local Rule 7-9, which the Court granted, based on the County's recent action to

1 amend the Zoning Ordinance at issue in this case. The Court also encouraged the
2 County to motion to dissolve the preliminary injunction. By minute order, the
3 Court set a hearing for November 18, 2016.

4     3.    The County intends to file a joint motion to dissolve the preliminary
5 injunction and for reconsideration of the July 8 summary judgment order. The
6 timing of the status conference and the motion hearing render it impossible for the
7 parties to comply with Local Rule 7-2 (requiring opening motion and supporting
8 papers to be submitted at least 35 days prior to hearing). Consequently, I met and
9 conferred with Joshua Furman, counsel for Plaintiffs, to discuss an alternate
10 briefing schedule.

11     4.    On information and belief, prior counsel for Defendant submitted a
12 motion to enlarge time to submit a proposed preliminary injunction, which was
13 granted by this Court on August 11, 2014.

14     5.    On information and belief, the parties submitted a stipulation and
15 proposed order to change the briefing schedule on their cross-motions for summary
16 judgment, which was granted on April 18, 2016.

17     6.    To my knowledge, no other time modifications in this case have
18 occurred.

19     7.    I do not believe that the requested time modification would have a
20 material effect on the schedule for this case. Counsel for the parties have worked
21 cooperatively on a briefing schedule in light of the November 18, 2016 hearing date
22 set by the Court. In addition, the parties are willing to reset the hearing date if
23 necessary to allow the Court additional time to review the motion papers.

24 I declare under penalty of perjury under the laws of the United States of
25 America that the foregoing is true and correct.

3

Stipulation re Briefing Schedule; Declaration in Support; Order
CASE NO. 3:14-cv-02513-CRB

Executed October 19, 2016, at San Francisco, California.

/s/
Matthew D. Zinn

### Order

The Court has reviewed the parties' stipulation to set a briefing schedule for Defendants' motion for reconsideration and to dissolve the preliminary injunction and the accompanying declaration. For good cause shown, the Court hereby orders the following schedule:

**Moving Papers:** October 26, 2016

**Opposition Brief:** November 8, 2016

**Reply Brief:** November 14, 2016

**Hearing:** November 29, 2016, 2:00 p.m.

IT IS SO ORDERED.

DATED: October 27, 2016

Hon. Charles R. Breyer
United States District Judge

---

4
Stipulation re Briefing Schedule; Declaration in Support; Order
CASE NO. 3:14-cv-02513-CRB