IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIZENS FOR FREE SPEECH, LLC, ET AL, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF ALAMEDA, <br><br> Defendant.     / | No. C 14-02513 CRB <br><br> **JUDGMENT** |

   The Court hereby enters judgment in this case in accordance with the Order on Motions for Summary Judgment (dkt. 105).

   **IT IS SO ORDERED.**

Dated: March 7, 2017

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2014\2513\Citizens - judgment.wpd